NAZO KOULLOUKIAN, CA Bar No. 263809
nazo@koullaw.com
AMIR M. MAHDAVI-POUR, CA Bar No. 354351
amir@koullaw.com
KOUL LAW FIRM
217 South Kenwood Street
Glendale, CA 91205
Telephone:    213-761-5484
Facsimile:    818-561-3938

Attorneys for Plaintiff
RUBEN CASTILLO

PAUL M. SMITH, CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

TRINITY E. TAYLOR, CA Bar No. 310947
trinity.taylor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASTILLO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTIMARK CORPORATION, a Pennsylvania corporation; QUESTMARK CORPORATION, a Pennsylvania corporation; MARIA SOTO; an individual; FERNANDO DOE, an individual; and DOES 1 Through 100, inclusive,<br><br>Defendants. | Case No. 2:25-cv-00484-TLN-SCR<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES; ORDER**<br><br><br>Complaint Filed:  December 18, 2024<br>Trial Date:        None Set<br>Judge:            Hon. Troy L. Nunley |

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

**TO THE HONORABLE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

Defendant CentiMark Corporation ("Defendant") and Plaintiff Ruben Castillo ("Plaintiff") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate and agree to the following continuance and ask the Court to enter an Order so confirming the same:

**WHEREAS,** Plaintiff filed this lawsuit in Sonoma County Superior Court on December 18, 2024;

**WHEREAS,** after service of the Complaint, Defendant removed this action to this Court on February 7, 2025;

**WHEREAS,** on February 20, 2025, the Court issued its Initial Pretrial Scheduling Order [ECF 8] providing that discovery shall close 365 days after the date of removal, which is February 7, 2026;

**WHEREAS,** the Parties have met and conferred over the scheduling of critical witness depositions but have not yet been able to coordinate dates for the completion of said depositions, and have outstanding third party discovery that has not yet been completed; and

**WHEREAS**, the Parties desire to continue the discovery cutoff by 120 days to provide ample time for all Parties to complete agreed-upon discovery with limited to no court intervention;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AS FOLLOWS**:

1.  The deadline to complete fact discovery is continued 120 calendar days from February 7, 2026 to June 8, 2026; and

2.  All other related deadlines which are taken from the Initial Pretrial Scheduling Order [ECF 8] shall be adjusted in accordance with the continuance of the fact discovery cutoff.

**IT IS SO STIPULATED.**

DATED:  February 4, 2026                    KOUL LAW FIRM


                                            By:  /s/ Nazo Koulloukian (*authorized on 2/4/26*)
                                                 NAZO KOULLOUKIAN
                                                 AMIR M. MAHDAVI-POUR

                                            Attorneys for Plaintiff
                                            RUBEN CASTILLO

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

DATED: February 4, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Paul M. Smith
PAUL M. SMITH
TRINITY E. TAYLOR

Attorneys for Defendant
CENTIMARK CORPORATION

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

## **ORDER**

The Court, having read and considered the Parties' Joint Stipulation to Continue Discovery Cutoff and Related Deadlines, hereby orders:

1. The deadline to complete fact discovery is continued 120 calendar days from February 7, 2026 to June 8, 2026; and

2. All other related deadlines which are taken from the Initial Pretrial Scheduling Order [ECF 8] shall be adjusted in accordance with the continuance of the fact discovery cutoff.

**IT IS SO ORDERED.**

Dated: February 4, 2026                    _____

Troy L. Nunley
Chief United States District Judge

3                    Case No. 2:25-cv-00484-TLN-SCR
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES