NAZO KOULLOUKIAN, CA Bar No. 263809
nazo@koullaw.com
AMIR M. MAHDAVI-POUR, CA Bar No. 354351
amir@koullaw.com
KOUL LAW FIRM
217 South Kenwood Street
Glendale, CA 91205
Telephone:    213-761-5484
Facsimile:    818-561-3938

Attorneys for Plaintiff
RUBEN CASTILLO

PAUL M. SMITH, CA Bar No. 306644
paul.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
400 Capitol Mall, Suite 2800
Sacramento, CA  95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

TRINITY E. TAYLOR, CA Bar No. 310947
trinity.taylor@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:    415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
CENTIMARK CORPORATION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASTILLO, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>CENTIMARK CORPORATION, a Pennsylvania corporation; QUESTMARK CORPORATION, a Pennsylvania corporation; MARIA SOTO; an individual; FERNANDO DOE, an individual; and DOES 1 Through 100, inclusive,<br><br>            Defendants. | Case No. 2:25-cv-00484-TLN-SCR<br><br>**JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES PENDING COMPLETION OF MEDIATION**<br><br><br>Complaint Filed:  December 18, 2024<br>Trial Date:          None Set<br>Judge:               Hon. Troy L. Nunley |

**TO THE HONORABLE COURT, AND ALL PARTIES AND COUNSEL OF RECORD:**

Defendant CentiMark Corporation ("Defendant") and Plaintiff Ruben Castillo ("Plaintiff") (collectively, the "Parties"), through their respective attorneys of record, hereby stipulate and agree to the following continuance and ask the Court to enter an Order so confirming the same:

**WHEREAS,** Plaintiff filed this lawsuit in Sonoma County Superior Court on December 18, 2024;

**WHEREAS,** after service of the Complaint, Defendant removed this action to this Court on February 7, 2025;

**WHEREAS,** on February 20, 2025, the Court issued its Initial Pretrial Scheduling Order [ECF 8] providing that discovery shall close 365 days after the date of removal, which is February 7, 2026;

**WHEREAS,** on or about February 5, 2026, this Court granted the Parties' Joint Stipulation to Continue Discovery Dates and Related Deadlines to June 8, 2026;

**WHEREAS**, the Parties currently have mediation scheduled with David Moeck (the "mediator") on August 27, 2026;

**WHEREAS**, the mediator has requested to move the mediation to late September 2026;

**WHEREAS**, the Parties desire to continue the discovery cutoff by 90 days after mediation to allow the Parties to devote their time and resources to resolving this matter;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AS FOLLOWS**:

1. The deadline to complete fact discovery is continued from June 8, 2026 to December 30, 2026 ; and

2. All other related deadlines which are taken from the Initial Pretrial Scheduling Order [ECF 8 and 14] shall be adjusted in accordance with the continuance of the fact discovery cutoff.

/ / /

/ / /

/ / /

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

**IT IS SO STIPULATED.**

DATED:  May 20, 2026                    KOUL LAW FIRM


By: */s/ Nazo Koulloukian* (as authorized on 5/19/26)
    NAZO KOULLOUKIAN
    AMIR M. MAHDAVI-POUR

 Attorneys for Plaintiff
 RUBEN CASTILLO

DATED: May 20, 2026                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: */s/  Trinity Taylor Patel*
    PAUL M. SMITH
    TRINITY E. TAYLOR PATEL

 Attorneys for Defendant
 CENTIMARK CORPORATION

JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES

## ORDER

The Court, having read and considered the Parties' Joint Stipulation to Continue Discovery Cutoff and Related Deadlines Pending Completion of Mediation, hereby orders:

1. The deadline to complete fact discovery is continued from June 8, 2026 to December 30, 2026; and

2. All other related deadlines which are taken from the Initial Pretrial Scheduling Order [ECF 8 and 14] and shall be adjusted in accordance with the continuance of the fact discovery cutoff.

**IT IS SO ORDERED.**

Dated:  May 27, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

---

3                                    Case No. 2:25-cv-00484-TLN-SCR
JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DEADLINES